| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | GARY M. LEUIS |
|   | Special Assistant United States Attorney |
| 3 | MISDEMEANOR UNIT |
|   | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
|   | Telephone: (559) 497-4000 |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00145-SAB |
|---|---|
| Plaintiff, | [Citation #6643929 CA/82] |
| v. | ORDER GRANTING MOTION FOR DISMISSAL |
| CARRIE JOHNSON | (ECF No. 12) |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Gary M. Leuis, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00145-SAB [Citation #6643929 CA/82] against CARRIE JOHNSON without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 18, 2018                    Respectfully submitted,

                                                                          McGREGOR W. SCOTT
                                                                          United States Attorney

                                           By:    /s/ Gary M. Leuis
                                                          GARY M. LEUIS
                                                          Special Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00145-SAB [Citation #6643929 CA/82] against CARRIE JOHNSON be dismissed without prejudice, in the interest of justice. IT IS FURTHER ORDERED that all pending matters are vacated.

IT IS SO ORDERED.

Dated: **December 19, 2018**

UNITED STATES MAGISTRATE JUDGE